PER CURIAM.
Affirmed. Metropolitan Dade County v. Colina, 456 So.2d 1233 (Fla. 3d DCA 1984), pet. for review denied, 464 So.2d 554 (Fla.1985); Evans v. Southern Holding Corp., 391 So.2d 231 (Fla. 3d DCA 1980), pet. for review denied, 399 So.2d 1142 (Fla.1981); Memorial Park, Inc. v. Spinelli, 342 So.2d 829 (Fla. 2d DCA 1977), cert. denied, 354 So.2d 986 (Fla.1978); see also Wood v. Haas, 451 So.2d 160 (La.Ct.App.1984), cert. denied, 458 So.2d 124 (La.1984).